# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDSEY M. F.,[1] <br> Plaintiff, <br> v. <br> FRANK BISIGNANO,[2] <br> Commissioner of Social Security, <br> Defendant. | Case No. 5:24-cv-2426-MCS-RAO <br><br> **ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, Dkt. No. 1; the Court's Order to Show Cause, Dkt. No. 10; the Report and Recommendation of United States Magistrate Judge ("Report") dated May 28, 2025, Dkt. No. 12; and all of the records and files herein.

Objections to the Report were due by June 11, 2025, and the Court has not received any objections to date. Dkt. No. 11. The Court hereby accepts and adopts

---

[1] Plaintiff's name is partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano, the Commissioner of the Social Security Administration, is hereby substituted as the defendant.

1 | the findings, conclusions, and recommendations of the Magistrate Judge.

2 |     IT IS ORDERED that this action is DISMISSED without prejudice.

4 | DATED: June 23, 2025

                  MARK C. SCARSI
                  UNITED STATES DISTRICT JUDGE