JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDSEY M. F.,[1]<br><br>  Plaintiff,<br><br>  v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>  Defendant. | Case No. 5:24-cv-2426-MCS-RAO<br><br>**JUDGMENT** |

    Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge,

    IT IS ORDERED AND ADJUDGED that this action is DISMISSED without prejudice.

DATED: June 23, 2025

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's name is partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.